[No. 75076-3-I. Division One. April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO PABLO NAVARRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01483-0, Theresa B. Doyle, J., entered April 6, 2016. *Reversed in part* and *remanded* by unpublished per curiam opinion.

[No. 75104-2-I. Division One. April 17, 2017.]

*In the Matter of the Dependency of* Z.F.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MARIE SMITH, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 19, 2017. Substitute opinion filed. See 199 Wn. App. 1034.

[No. 75157-3-I. Division One. April 17, 2017.]

*In the Matter of the Parentage of* M.J.W.

JOHNATHAN L. WALKER, *Appellant*, v. JENNIFER L. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-08138-9, Brian D. Gain, J., entered April 1, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Appelwick, J.